

"

Trial Court No. _____

In          the __7/14/17 1:31:06 Court

_____
Appellant
v.               Of
State of Texas

**ELEVENTH COURT OF APPEALS
CRIMINAL INFORMATION FORM**

1)    Presiding Judge: _____

2)    Court Reporter: _____

3)    Counsel for Appellant: _____

      Address: _____

      _____

4)    Counsel for State: _____

5)    Address: _____

      _____

6)    Appellant's counsel is _____ Retained, _____ Appointed, _____ Pro Se

7)    Offense: _____

      _____

8)    Punishment: _____

9)    Date sentenced imposed in open court: _____

10)   Trial Court Certification of Right of Appeal filed: _____ Yes, _____ No

11)   Date Notice of Appeal was filed: _____

12)   Date Motion for New Trial filed, if any: _____

13)   Appellant declared unable to pay costs on appeal: _____ Yes, _____ No

14)   Companion Cases: _____

                                   Signed: _____
                                              Clerk/Deputy Clerk"

"
Rj qpg'P q0""""""""""""""""""""""""""""""""""""""""""""""""""""""1""""Go cln"_____